**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER TO ADVANCE SECURITY ) | |
| IN AMERICA ) | |
| 1802 Vernon Street NW ) | |
| PMB 2095 ) | |
| Washington, D.C. 20009, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:24-cv-01323 |
| ) | |
| U.S. ARMY ) | |
| 101 Army Pentagon ) | |
| Washington, D.C. 20310, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Army (the "Army") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about

1

the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5. Defendant Army is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). The Army has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On October 10, 2023, CASA submitted a FOIA request (attached as Exhibit A) seeking the following records related to the Army's decision to alter its Army Combat Fitness Test ("ACFT") to replace leg tuck exercises with plank holds:

   1. All meeting requests, calendar entries, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.) pertaining to the development of the removal of leg tucks from the ACFT.

   2. We are seeking records on this topic exchanged between and among the relevant following officials:
      a. Fort Moore (Benning) Maneuver School of Excellence
         a. Maj. Gen. Curtis A. Buzzard, Commanding General
         b. Command Sgt. Maj. Jerry L. Dodson, U.S. Army Maneuver Center of Excellence
         c. Brig. Gen. Larry Q. Burris, Infantry School Commandant, United States Army Infantry School
         d. Command Sgt. Maj. Jason P. Dein, command Sergeant Major, United States Army Infantry School
         e. Brig. Gen. Michael J. Simmering, Armor School Commandant, U.S. Army Maneuver School of Excellence
      b. Former Sergeant Major of the Army
         a. CSM Michael Grinston, 16th Sgt. Maj of the Army
         b. Gen. James C. McConville, United States Army Chief of Staff
      c. Center for Army Lessons Learned COL Scott Mueller
         a. COL Jason Faulkenberry
         b. John Amos Mansfield
         c. Jose Cajina
         d. Victor M. Guzman

2

      e. Eric Hillner

      f. Diana L. Keeler

3. We are seeking all emails, text messages, chat sessions, or other forms of written or electronic communication used to discuss the development of the removal of leg tucks from the ACFT containing the following phrases and/or words: **"male"**, "female", "pass", "fail", "core", "gender-neutral", "performance", "recruiting", "standard", "phasing", "health", "general fitness", "physical fitness", "combat fitness", "combat standards", "transgender", "trans", "non-binary", and "gender".

4. All records exchanged by or between any official listed above with any individual working for one of the following media outlets (with suggested email addresses) on the topic of development of removal of leg tucks from the ACFT or also with any of the above search terms from #3:

      a. Politico (@politico.com)

      b. Military Times (@militarytimes)

      c. New York Times (@nytimes.com)

      d. Washington Post (@washingtonpost.com)

      e. NBC News (@nbcnews.com)

      f. ABC News (@abcnews.com)

      g. LA Times (@latimes.com)

      h. CBS News (@cbsnews.com)

      i. Fox News (@foxnews.com)

      j. Wall Street Journal (@wsj.com)

      k. USA Today (@usatoday.com)

      l. Fortune (@fortune.com)

      m. Forbes (@forbes.com)

      n. Vanity Fair (@vanityfair.com)

      o. CNN (@cnn.com)

      p. Associated Press (@ap.com)

      q. George Washington University's Project for Media and National Security

      r. PBS (@pbs.org)

5. All communications exchanged between any of the above officials identified as an employee, agent, consultant, or representative of one of the following organizations:

      a. RAND Corporation

            a. Sally Sleeper, Vice President, Army Research Division; Director, RAND Arroyo Center

            b. Chaitra M. Hardison, Senior Behavioral Scientist

            c. Paul W. Mayberry, Senior Policy Researcher

            d. Heather Krull

      e. Claude Messan Setodji, Senior Statistician and Associate Research Director of Economics, Sociology, and Statistics Department

      f. Christina Panis

      g. Rodger Madison

      h. Mark Simpson, Assistant Policy Researcher

      i. Mary Avriette, Assistant Policy Researcher

      j. Mark E. Totten

      k. Jacqueline Wong

      l. Andrea M. Abler

      m. John A. Ausink

   b. Center for a New American Security

      a. Richard Fontaine, CEO

      b. Paul Scharre, Executive Vice President and Director of Studies

      c. Anna Saito Carson, Vice President of Development

      d. LCDR Stewart Latwin, Senior Military Fellow

      e. Col Ernest Cage, Senior Military Fellow

      f. Lt. Col. Joseph I. Grimm, Senior Military Fellow

   c. Office of Senator Richard Blumenthal

      a. Joel Kelsey, Chief of Staff

      b. Brian Steele, Legislative Director

   d. Office of Senator Jack Reed

      a. Neil Campbell, Chief of Staff

      b. Steven Keenan, Legislative Director

   e. Office of Senator Kirsten Gillibrand

      a. Jess Fassler, Chief of Staff

      b. Gilbert Ruiz, Legislative Director

6. The timeline for the records requested is from January 1, 2019, to December 31, 2021.

7. The release of these documents is in the public interest because it will help the public understand whether the U.S. government is military readiness in its decision making and appropriately using taxpayer resources to keep Americans safe. CASA's explicit purpose in requesting these documents is to inform the public so they can be engaged with their leaders and ensure their decisions are consistent with America's best interests.

8. On October 10, 2023, the Army acknowledged receipt of CASA's request.

9. The Army did not provide a reference or tracking number for CASA's request.

10. This acknowledgment email was the sole communication CASA received from the Army related to the request. To date, CASA has received no further response from the Army.

11. As the record described above indicates, over 200 days have elapsed since the Army acknowledged receipt of CASA's request on October 10, 2023, yet the Army still has not determined whether it will comply with CASA's request. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). The Army has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

12. Given these facts, it appears that the Army has not met its statutory obligations to provide the requested records, nor intends to meet them absent litigation.

13. Through the Army's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

14. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

15. CASA properly submitted a request for records within the possession, custody, and control of the Army.

16. The Army is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

17. The Army is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

18. The Army's failure to provide all non-exempt responsive records violates FOIA.

19. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

Center to Advance Security in America respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's FOIA request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: May 6, 2024

Respectfully submitted,

CENTER TO ADVANCE SECURITY
IN AMERICA
By Counsel:

*/s/Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for the Plaintiff*